JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LANDERS,<br><br>            Plaintiff,<br><br>v.<br><br>HOME DEPOT, INC.,<br><br>           Defendant. | Case No. 2:22-CV-01172-AB (PLAx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

    The Court has been advised that this action has been settled.

    The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 26, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.